# Court of Appeals
# of the State of Georgia

ATLANTA,  July 01, 2013

*The Court of Appeals hereby passes the following order:*

**A12I0245.  WELLSTAR  HEALTH  SYSTEM,  INC., et al. v. JAMES B. JORDAN.**

Wellstar Health System, Inc., and James A. Sutherland sought interlocutory review of the trial court's ruling on a motion to compel.  This Court denied the application for interlocutory appeal, and the applicants filed a petition for certiorari. The Supreme Court granted the petition, vacated the judgment of the trial court, and remanded the case.  See *Wellstar Health System v. Jordan*,  Ga.  (Case Number A12G1629, decided May 20, 2013).

In accordance with the Supreme Court's direction, this Court hereby VACATES our order denying the application, REINSTATES the application, VACATES the order of the trial court, and REMANDS to the trial court for further proceedings consistent with the Supreme Court's opinion.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 07/01/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*